

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00223-CV

Raul **VALDEZ**, Jr.,
Appellant

v.

Carolyn **DOMINGUEZ-VALDEZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18141
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: August 7, 2019

DISMISSED FOR WANT OF PROSECUTION

On June 12, 2019, we struck appellant's brief because the brief violated Rules 9 and 38 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9, 38. We ordered appellant to file an amended brief in compliance with the Texas Rules of Appellate Procedure by July 12, 2019, or the appeal would be dismissed for want of prosecution. Appellant did not file an amended brief or request an extension of time. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM